**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC, | ) |
|  Plaintiff, | ) |
| v. | ) C.A. No. 11-1237-RGA |
| MACY'S, INC., | ) |
|  Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND**

Plaintiff Round Rock Research, LLC ("Round Rock") and Defendant Macy's, Inc. ("Macy's") hereby stipulate, subject to the approval of the Court, that the time for Macy's to answer, move, or otherwise respond to Plaintiff's Complaint for Patent Infringement is extended to and including February 6, 2012.

Dated: December 21, 2011

| | |
|---|---|
| _/s/ Brian E. Farnan_ | _/s/ Kenneth L. Dorsney_ |
| Brian E. Farnan (#4089) | Kenneth L. Dorsney (#3726) |
| FARNAN LLP | MORRIS JAMES LLP |
| 919 North Market Street, 12th Floor | 500 Delaware Avenue, Suite 1500 |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| (302) 777-0300 | (302) 888-6800 |
| bfarnan@farnanlaw.com | kdorsney@morrisjames.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant Macy's, Inc.* |
| *Round Rock Research, LLC* | |

**IT IS SO ORDERED** this ____ day of _____, _____.

_____
United States District Court Judge