# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MACY'S, INC., <br><br> Defendant. | C.A. No. 11-1237 RGA |

## MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Anthony F. Lo Cicero, Michael J. Kasdan, Richard S. Mandaro, and Benjamin Charkow of the law firm Amster, Rothstein & Ebenstein LLP to represent Macy's, Inc. in this matter.

Dated:  December 23, 2011

                                                                  */s/ Kenneth L. Dorsney*
                                                       Kenneth L. Dorsney (#3726)
                                                       Richard K. Herrmann (#405)
                                                       Mary B. Matterer (#2696)
                                                       MORRIS JAMES LLP
                                                       500 Delaware Avenue, Suite 1500
                                                       Wilmington, Delaware  19801
                                                       (302) 888-6800
                                                       kdorsney@morrisjames.com

                                                       *Attorneys for Defendant Macy's, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____                    _____
                                                                 United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 was previously submitted to the Clerk's office.

Date: December 21, 2011

Signed: _____
Anthony F. Lo Cicero, Esq.
Amster, Rothstein & Ebenstein LLP
90 Park Avenue, 21st Floor
New York, NY 10016
(212) 336-8110
alocicero@arelaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 was previously submitted to the Clerk's office.

Date: December 21, 2011         Signed: _____
                                Michael J. Kasdan, Esq.
                                Amster, Rothstein & Ebenstein LLP
                                90 Park Avenue, 21st Floor
                                New York, NY 10016
                                (212) 336-8105
                                mkasdan@arelaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 was previously submitted to the Clerk's office.

Date:   December 22, 2011                Signed: _____
                                         Richard S. Mandaro, Esq.
                                         Amster, Rothstein & Ebenstein LLP
                                         90 Park Avenue, 21st Floor
                                         New York, NY 10016
                                         (212) 336-8106
                                         rmandaro@arelaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 was previously submitted to the Clerk's office.

Date:   December 22, 2011                Signed: _____
                                         Benjamin Charkow, Esq.
                                         Amster, Rothstein & Ebenstein LLP
                                         90 Park Avenue, 21st Floor
                                         New York, NY 10016
                                         (212) 336-8093
                                         bcharkow@arelaw.com