# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC, | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-1237-RGA |
| v. | ) |
| | ) |
| MACY'S, INC., | ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND

Plaintiff Round Rock Research, LLC ("Round Rock") and Defendant Macy's, Inc. ("Macy's") hereby stipulate, subject to the approval of the Court, that the time for Macy's to answer, move, or otherwise respond to Plaintiff's Amended Complaint (D.I. 6) for Patent Infringement is extended to and including February 6, 2012.

Dated: January 5, 2012

*/s/ Rosemary J. Piergiovanni*  
Brian E. Farnan (#4089)  
Rosemary J. Piergiovanni (#3655)  
FARNAN LLP  
919 North Market Street, 12th Floor  
Wilmington, DE 19801  
(302) 777-0300  
bfarnan@farnanlaw.com  
rpiergiovanni@farnanlaw.com  

*Attorney for Plaintiff*  
*Round Rock Research, LLC*

*/s/ Kenneth L. Dorsney*  
Kenneth L. Dorsney (#3726)  
MORRIS JAMES LLP  
500 Delaware Avenue, Suite 1500  
Wilmington, Delaware 19801  
(302) 888-6800  
kdorsney@morrisjames.com  

*Attorney for Defendant Macy's, Inc.*

**IT IS SO ORDERED** this _____ day of _____, 2012.

_____  
United States District Court Judge