# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Round Rock Research, LLC, | § | |
|     *Plaintiff,* | § | |
| | § | Civil Action No. 11-cv-1237-RGA |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| Macy's, Inc., | § | |
|     *Defendants.* | § | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Jon T. Hohenthaner, Jason Berrebi, and Eugene Chiu of Desmarais LLP to represent Plaintiff Round Rock Research, LLC in this matter.

Respectfully submitted,

FARNAN LLP

/s/Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
302-777-0300
302-777-0301
bfarnan@farnanlaw.com

Attorney for Plaintiff Round Rock Research, LLC

Date: January 13, 2012

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid __X__ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ____ to the Clerk's Office upon the filing of this motion.

                                                                             _____
                                                                             Jon T. Hohenthaner
                                                                             Desmarais LLP
                                                                             230 Park Avenue
                                                                             New York, New York 10169
                                                                             Phone: 212-351-3400
                                                                             Fax: 212-351-3401
                                                                             jhohenthaner@desmaraisllp.com

Date: December 16, 2011

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid __X__ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ____ to the Clerk's Office upon the filing of this motion.

_____
Jason Berrebi
Desmarais LLP
230 Park Avenue
New York, New York 10169
Phone: 212-351-3400
Fax: 212-351-3401
jberrebi@desmaraisllp.com

Date: December 16, 2011

3

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid __X__ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ____to the Clerk's Office upon the filing of this motion.

/s/ Eugene Chiu
_____
Eugene Chiu
Desmarais LLP
230 Park Avenue
New York, New York 10169
Phone: 212-351-3400
Fax: 212-351-3401
jberrebi@desmaraisllp.com

Date: December 16, 2011

4