# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC, | ) |
| Plaintiff, | ) ) |
| | ) C.A. No. 11-1237-RGA |
| v. | ) ) |
| | ) |
| MACY'S, INC., | ) ) |
| Defendant. | ) ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND

Plaintiff Round Rock Research, LLC ("Round Rock") and Defendant Macy's, Inc. ("Macy's") hereby stipulate, subject to the approval of the Court, that the time for Macy's to answer, move, or otherwise respond to Plaintiff's Amended Complaint (D.I. 6) for Patent Infringement is extended to and including February 13, 2012.

Dated: February 1, 2012

*/s/ Brian E. Farnan*
Brian E. Farnan (#4089)
Rosemary J. Piergiovanni (#3655)
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
rpiergiovanni@farnanlaw.com

*Attorney for Plaintiff*
*Round Rock Research, LLC*

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorney for Defendant Macy's, Inc.*

**IT IS SO ORDERED** this _____ day of _____, 2012.

_____
United States District Court Judge