IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MACY'S, INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 11-cv-01237-RGA<br><br>**JURY TRIAL DEMANDED** |

### Stipulation To Substitute Macy's Retail Holdings, Inc. For Macy's, Inc.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Round Rock Research, LLC ("Round Rock"), Defendant Macy's, Inc. and Macy's Retail Holdings, Inc. (collectively "Macy's"), subject to the approval of the Court:

1.　Plaintiff's Amended Complaint (D.I. 6) lists Macy's, Inc. as a Defendant in this action;

2.　Macy's has since represented that the proper party to this litigation is Macy's Retail Holdings, Inc. Macy's Retail Holdings, Inc. is a New York Corporation with a principal place of business at 7 West Seventh Street, Cincinnati, OH 45202;

3.　Macy's Retail Holdings, Inc. is substituted for Macy's, Inc. and Macy's, Inc. is dismissed WITHOUT PREJUDICE, with each party to bear its own costs, expenses, and attorneys fees;

4.　The caption shall be reformed to reflect the proper parties as follows:

| | | |
|---|---|---|
| Round Rock Research, LLC　　　　　　　Plaintiff,<br><br>　　v.<br><br>Macy's Retail Holdings, Inc.<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 11-cv-01237-RGA |

Dated: February 6, 2012

| FARNAN LLP | MORRIS JAMES LLP |
|---|---|
| /s/ Brian E. Farnan | /s/ Kenneth L. Dorsney |
| Brian E. Farnan (Bar No. 4089)<br>919 North Market Street<br>12th Floor<br>Wilmington, DE  19801<br>(302) 777-0300 (Telephone)<br>(302) 777-0301 (Facsimile)<br>bfarnan@farnanlaw.com | Kenneth L. Dorsney (Bar No. 3726)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801<br>(302) 888-6800 (Telephone)<br>kdorsney@morrisjames.com |
| *Counsel for Plaintiff*<br>*Round Rock Research, LLC* | *Counsel for Defendant Macy's, Inc.*<br>*and Macy's Retail Holdings, Inc.* |
| *Of Counsel:* | *Of Counsel:* |
| Jon T. Hohenthaner<br>jhohenthaner@desmaraisllp.com<br>Jason Berrebi<br>jberrebi@desmaraisllp.com<br>Eugene Chiu<br>echiu@desmaraisllp.com<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY  10169<br>(212) 351-3400 (Telephone)<br>(212) 351-3401 (Facsimile) | Anthony F. Lo Cicero (*Admitted Pro Hac Vice*)<br>Richard S. Mandaro (*Admitted Pro Hac Vice*)<br>AMSTER ROTHSTEIN & EBENSTEIN LLP<br>90 Park Avenue<br>New York, New York 10016<br>Telephone: (212) 336-8000<br>Facsimile: (212) 336-8001<br>alocicero@arelaw.com<br>rmandaro@arelaw.com<br><br>*Attorneys for Defendant*<br>*Macy's Retail Holdings, Inc.* |

**IT IS SO ORDERED** this ___ day of _____, 2012.

_____
United States District Judge