# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>MACY'S RETAIL HOLDINGS, INC.,<br><br>           Defendant. | C.A. No.  11-cv-01237-RGA |

## MACY'S RETAIL HOLDINGS, INC.'S
## CORPORATE DISCLOSURE STATMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned Counsel of record for Defendant Macy's Retail Holdings, Inc. certifies that Macy's, Inc. is the ultimate parent corporation of Macy's Retail Holdings, Inc. and no other publicly held corporation owns 10% or more of the stock of Macy's Retail Holdings, Inc.

Dated: February 13, 2012

|  |  |
|---|---|
|  | */s/ Kenneth L. Dorsney*<br>Kenneth L. Dorsney (I.D. #3726)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801-1494<br>(302) 888-6855<br>kdorsney@morrisjames.com |
| *Of Counsel:*<br>Anthony F. Lo Cicero (*Admitted Pro Hac Vice*)<br>Richard S. Mandaro *(Admitted Pro Hac Vice)*<br>AMSTER ROTHSTEIN & EBENSTEIN LLP<br>90 Park Avenue<br>New York, New York 10016<br>(212) 336-8000<br>alocicero@arelaw.com |  <br> <br> <br> <br> <br>*Attorneys for Defendant*<br>*Macy's Retail Holdings, Inc.* |