IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MACY'S RETAIL HOLDINGS, INC.,<br><br>Defendant. | Civil Action No. 1:11-cv-01237-RGA |
| ROUND ROCK RESEARCH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN APPAREL, INC.,<br><br>Defendant. | Civil Action No. 1:11-cv-01238-RGA |
| ROUND ROCK RESEARCH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DOLE FOOD COMPANY, INC.,<br><br>Defendant. | Civil Action No. 1:11-cv-01239-RGA |
| ROUND ROCK RESEARCH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FRUIT OF THE LOOM, INC.,<br><br>Defendant. | Civil Action No. 1:11-cv-01240-RGA |

ROUND ROCK RESEARCH, LLC,

          Plaintiff,

     v.

THE GAP, INC.,

          Defendant.

Civil Action No. 1:11-cv-01241-RGA

---

ROUND ROCK RESEARCH, LLC,

          Plaintiff,

     v.

HANESBRANDS INC.,

          Defendant.

Civil Action No. 1:11-cv-01242-RGA

---

ROUND ROCK RESEARCH, LLC,

          Plaintiff,

     v.

J.C. PENNEY CORPORATION, INC.,

          Defendant.

Civil Action No. 1:11-cv-01243-RGA

---

ROUND ROCK RESEARCH, LLC,

          Plaintiff,

     v.

PEPSICO, INC.,

          Defendant.

Civil Action No. 1:11-cv-01244-RGA

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 1:11-cv-01245-RGA |
| V.F. CORPORATION, | |
| Defendant. | |
| ROUND ROCK RESEARCH, LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 1:11-cv-01279-RGA |
| AMAZON.COM, INC., | |
| Defendant. | |
| MOTOROLA SOLUTIONS, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 1:12-cv-00309-RGA |
| ROUND ROCK RESEARCH, LLC, | |
| Defendant. | |

**STIPULATION AND [PROPOSED] ORDER TO AMEND PLEADINGS AND
TO STAY CASES PENDING REEXAMINATION OF PATENTS-IN-SUIT**

WHEREAS, on April 6, 2012, this Court issued a Memorandum Order (the "Stay Order") in the above-captioned Dole Food Company, Inc., The GAP, Inc. and Hanesbrands, Inc. actions, which granted those defendants' motions to stay their respective cases pending reexamination of the five patents asserted in those cases (the "Initial Patents") on the terms and conditions set forth in the Stay Order, and;

WHEREAS, Round Rock Research, LLC ("Round Rock") is willing to agree to have all of the above-captioned cases stayed on the same terms and conditions set forth in the Stay Order and subject to the additional terms set forth in this Stipulation and Order, and;

WHEREAS, Round Rock has asserted against Wal-Mart Stores, Inc. and Motorola Solutions, Inc. ("MSI") the Initial Patents as well as five additional patents (the "Additional Patents") and wishes to serve amended pleadings in the other above-captioned cases which would add to such cases the five Additional Patents, and;

WHEREAS, all affected defendants are willing to agree to the filing of such amended pleadings on the terms and conditions set forth herein;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties by their undersigned counsel, and subject to the approval of the Court, that:

1.      All of the above-captioned cases are stayed pending reexamination of the Initial Patents and the Additional Patents on the following terms and conditions:

a.      The parties shall submit a status report to the Court no later than October 5, 2012, and every six months thereafter; and

b.      The parties should promptly advise the Court if and when the stay should be lifted.

2.      Round Rock may file an amended pleading in each of the above-captioned cases to include claims of infringement with respect to the Additional Patents (the "Amended Pleadings") to the extent the Additional Patents are not already in the case.

3.      Defendants shall have up to and including 21 days after the stay is lifted to answer, move or otherwise respond to the Amended Pleadings.  MSI shall have up to and including 21 days after the stay is lifted to answer, move, or otherwise respond to Round Rock's

answer and counterclaims dated April 5, 2012.  MSI may also file an amended complaint adding Declaratory Judgment counts with respect to the Additional Patents.

        4.      Round Rock agrees it will not argue that the stay entered in the Dole Food Company, Inc., The GAP, Inc. and Hanesbrands, Inc. actions based on the Initial Patents should be lifted based on reexamination progress involving the reexamination of the Additional Patents.

FARNAN LLP

*/s/ Brian E. Farnan*

Brian E. Farnan (#4089)
919 N. Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com

   *Attorneys for Round Rock Research LLC*

OF COUNSEL:

Jason Berrebi
Eugene Chiu
DESMARAIS LLP
230 Park Avenue
New York, NY  10169
(212) 351-3410

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*

Kenneth L. Dorsney (#3726)
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801-1494
(302) 888-6855
kdorsney@morrisjames.com

   *Attorneys for Defendant Macy's Retail Holdings, Inc.*

OF COUNSEL:

Anthony F. Lo Cicero
Richard S. Mandaro
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
(212) 336-8000

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*

OF COUNSEL:

Jeffrey J. Zuber
Tristan F. Mackprang
ZUBER & TAILLIEU
777 South Figueroa Street,
37th Floor
Los angeles, CA 90071
(213) 596-5620

Kenneth L. Dorsney (#3726)
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801-1494
(302) 888-6855
kdorsney@morrisjames.com

   *Attorneys for Defendant American Apparel, Inc..*

SHAW KELLER LLP

*/s/ John W. Shaw*

OF COUNSEL:

David C. Doyle
Brian M. Kramer
Pamela McElroy
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, CA  92130-2040
(858) 720-5100

John W. Shaw (#3362)
Karen E. Keller (#4489)
300 Delaware Avenue
Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com

   *Attorneys for Defendant Dole Food Company, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

OF COUNSEL:

Terry L. Clark
BASS, BERRY & SIMS
2200 Pennsylvania Avenue, NW
4th Floor East
Washington, DC  20037
(202) 507-5770

Karen Jacobs Louden (#2881)
Michael J. Flynn (#5333)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
klouden@mnat.com
mflynn@mnat.com

   *Attorneys for Defendant Fruit of the Loom, Inc.*

DLA PIPER LLP

*/s/ Denise Seastone Kraft*

_____

OF COUNSEL:

Nicholas G. Papastavros
Maya Prakash
DLA PIPER LLP (US)
33 Arch Street
26th Floor
Boston, MA  02110-1447
(617) 406-6019

Denise Seastone Kraft (#2778)
Aleine Michelle Porterfield (#5053)
919 N. Market Street
Suite 1500
Wilmington, DE  19801
(302) 468-5645
denise.kraft@dlapiper.com
aleine.porterfield@dlapiper.com

*Attorneys for Defendant Gap Inc.*


WOMBLE CARLYLE SANDRIDGE AND RICE, PLLC

*/s/ James Michael Lennon*

_____

OF COUNSEL:

John F. Morrow, Jr.
Matthew L. Jamison
WOMBLE CARLYLE SANDRIDGE
  AND RICE, LLP
One West Fourth Street
Winston-Salem, NC  27101
(336) 721-3584

James Michael Lennon (#4570)
Ryan C. Cicoski (#5466)
222 Delaware Avenue
Suite 1500
Wilmington, DE  19801
(302) 252-4320
jlennon@wcsr.com
rcicoski@wcsr.com

*Attorneys for Defendant Hanesbrands Inc.*

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*

_____

OF COUNSEL:

Matthew Alan Pearson
AKIN GUMP STRAUSS HAUER
  & FELD LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA  19103
(215) 965-1258

Kenneth L. Dorsney (#3726)
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801-1494
(302) 888-6855
kdorsney@morrisjames.com

*Attorneys for J.C. Penney Corporation Inc.*

MORRIS JAMES LLP

OF COUNSEL:

/s/ Kenneth L. Dorsney

Eric J. Klein
Todd E. Landis
Kellie M. Johnson
AKIN GUMP STRAUSS HAUER
  & FELD LLP
1700 Pacific Avenue
Suite 4100
Dallas, TX  75201
(214) 969-2800

Kenneth L. Dorsney (#3726)
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801-1494
(302) 888-6855
kdorsney@morrisjames.com

   *Attorneys for PepsiCo, Inc.*

John Wittenzellner
AKIN GUMP STRAUSS HAUER
  & FELD LLP
Two Commerce Square
Suite 4100
2001 Market Street
Philadelphia, PA 19103
(215) 965-1241
(215) 965-1241

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

/s/ Mary B. Graham

Bruce S. Sostek
Michael E. Schonberg
Sarah M. Paxson
THOMPSON & KNIGHT LLP
1722 Routh St., Suite 1500
Dallas, TX  75201
(214) 969-1700

Mary B. Graham (#2256)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com

   *Attorneys for Defendant VF Corporation*

POTTER ANDERSON & CORROON LLP

*/s/ Richard L. Horwitz*

_____

OF COUNSEL:

I. Neel Chatterjee
Gabriel M. Ramsey
Orrick, Herrington &
SUTCLIFFE LLP
1000 Marsh Road,
Menlo Park, CA 94025-1015
(650) 614-7400

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Amazon.com, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

_____

OF COUNSEL:

Eric J. Lobenfeld
Ira J. Schaefer
Theodore J. Mlynar
Aleksandra King
Robert R. L. Kohse
Nicholas A. Tymoczko
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff Motorola Solutions, Inc.*

IT IS SO ORDERED this _____ day of April, 2012.

_____
          United States District Judge