IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MACY'S RETAIL HOLDINGS, INC.,<br><br>　　　　Defendant. | Civil Action No. 1:11-cv-01237-RGA |
| ROUND ROCK RESEARCH, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN APPAREL, INC.,<br><br>　　　　Defendant. | Civil Action No. 1:11-cv-01238-RGA |
| ROUND ROCK RESEARCH, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOLE FOOD COMPANY, INC.,<br><br>　　　　Defendant. | Civil Action No. 1:11-cv-01239-RGA |
| ROUND ROCK RESEARCH, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRUIT OF THE LOOM, INC.,<br><br>　　　　Defendant. | Civil Action No. 1:11-cv-01240-RGA |

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>THE GAP, INC.,<br><br>        Defendant. | Civil Action No. 1:11-cv-01241-RGA |
| ROUND ROCK RESEARCH, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>HANESBRANDS INC.,<br><br>        Defendant. | Civil Action No. 1:11-cv-01242-RGA |
| ROUND ROCK RESEARCH, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>J.C. PENNEY CORPORATION, INC.,<br><br>        Defendant. | Civil Action No. 1:11-cv-01243-RGA |
| ROUND ROCK RESEARCH, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>PEPSICO, INC.,<br><br>        Defendant. | Civil Action No. 1:11-cv-01244-RGA |

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>V.F. CORPORATION,<br><br>    Defendant. | Civil Action No. 1:11-cv-01245-RGA |
| ROUND ROCK RESEARCH, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | Civil Action No. 1:11-cv-01279-RGA |
| MOTOROLA SOLUTIONS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ROUND ROCK RESEARCH, LLC,<br><br>    Defendant. | Civil Action No. 1:12-cv-00309-RGA |

**STIPULATION AND [PROPOSED] ORDER TO AMEND PLEADINGS AND TO STAY CASES PENDING REEXAMINATION OF PATENTS-IN-SUIT**

    WHEREAS, on April 6, 2012, this Court issued a Memorandum Order (the "Stay Order") in the above-captioned Dole Food Company, Inc., The GAP, Inc. and Hanesbrands, Inc. actions, which granted those defendants' motions to stay their respective cases pending reexamination of the five patents asserted in those cases (the "Initial Patents") on the terms and conditions set forth in the Stay Order, and;

WHEREAS, Round Rock Research, LLC ("Round Rock") is willing to agree to have all of the above-captioned cases stayed on the same terms and conditions set forth in the Stay Order and subject to the additional terms set forth in this Stipulation and Order, and;

WHEREAS, Round Rock has asserted against Wal-Mart Stores, Inc. and Motorola Solutions, Inc. ("MSI") the Initial Patents as well as five additional patents (the "Additional Patents") and wishes to serve amended pleadings in the other above-captioned cases which would add to such cases the five Additional Patents, and;

WHEREAS, all affected defendants are willing to agree to the filing of such amended pleadings on the terms and conditions set forth herein;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties by their undersigned counsel, and subject to the approval of the Court, that:

1. All of the above-captioned cases are stayed pending reexamination of the Initial Patents and the Additional Patents on the following terms and conditions:

    a. The parties shall submit a status report to the Court no later than October 5, 2012, and every six months thereafter; and

    b. The parties should promptly advise the Court if and when the stay should be lifted.

2. Round Rock may file an amended pleading in each of the above-captioned cases to include claims of infringement with respect to the Additional Patents (the "Amended Pleadings") to the extent the Additional Patents are not already in the case.

3. Defendants shall have up to and including 21 days after the stay is lifted to answer, move or otherwise respond to the Amended Pleadings. MSI shall have up to and including 21 days after the stay is lifted to answer, move, or otherwise respond to Round Rock's

answer and counterclaims dated April 5, 2012. MSI may also file an amended complaint adding Declaratory Judgment counts with respect to the Additional Patents.

    4.    Round Rock agrees it will not argue that the stay entered in the Dole Food Company, Inc., The GAP, Inc. and Hanesbrands, Inc. actions based on the Initial Patents should be lifted based on reexamination progress involving the reexamination of the Additional Patents.

FARNAN LLP

/s/ *Brian E. Farnan*

OF COUNSEL:

Jason Berrebi
Eugene Chiu
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3410

Brian E. Farnan (#4089)
919 N. Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com

*Attorneys for Round Rock Research LLC*

MORRIS JAMES LLP

/s/ *Kenneth L. Dorsney*

OF COUNSEL:

Anthony F. Lo Cicero
Richard S. Mandaro
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
(212) 336-8000

Kenneth L. Dorsney (#3726)
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801-1494
(302) 888-6855
kdorsney@morrisjames.com

*Attorneys for Defendant Macy's Retail Holdings, Inc.*

| | |
|---|---|
| | MORRIS JAMES LLP |
| | /s/ *Kenneth L. Dorsney* |
| OF COUNSEL: | |
| | Kenneth L. Dorsney (#3726) |
| Jeffrey J. Zuber | 500 Delaware Avenue |
| Tristan F. Mackprang | Suite 1500 |
| ZUBER & TAILLIEU | Wilmington, DE 19801-1494 |
| 777 South Figueroa Street, | (302) 888-6855 |
| 37th Floor | kdorsney@morrisjames.com |
| Los angeles, CA 90071 | |
| (213) 596-5620 | *Attorneys for Defendant American Apparel, Inc..* |
| | |
| | SHAW KELLER LLP |
| | /s/ *John W. Shaw* |
| OF COUNSEL: | John W. Shaw (#3362) |
| | Karen E. Keller (#4489) |
| David C. Doyle | 300 Delaware Avenue |
| Brian M. Kramer | Suite 1120 |
| Pamela McElroy | Wilmington, DE 19801 |
| MORRISON & FOERSTER LLP | (302) 298-0700 |
| 12531 High Bluff Drive | jshaw@shawkeller.com |
| San Diego, CA 92130-2040 | kkeller@shawkeller.com |
| (858) 720-5100 | |
| | *Attorneys for Defendant Dole Food Company, Inc.* |
| | |
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | /s/ *Karen Jacobs Louden* |
| | Karen Jacobs Louden (#2881) |
| OF COUNSEL: | Michael J. Flynn (#5333) |
| | 1201 N. Market Street |
| Terry L. Clark | P.O. Box 1347 |
| BASS, BERRY & SIMS | Wilmington, DE 19899-1347 |
| 2200 Pennsylvania Avenue, NW | (302) 658-9200 |
| 4th Floor East | klouden@mnat.com |
| Washington, DC 20037 | mflynn@mnat.com |
| (202) 507-5770 | |
| | *Attorneys for Defendant Fruit of the Loom, Inc.* |

6

|  |  |
|---|---|
| | DLA PIPER LLP |
| | /s/ *Denise Seastone Kraft* |
| OF COUNSEL: | Denise Seastone Kraft (#2778) |
| | Aleine Michelle Porterfield (#5053) |
| Nicholas G. Papastavros | 919 N. Market Street |
| Maya Prakash | Suite 1500 |
| DLA PIPER LLP (US) | Wilmington, DE 19801 |
| 33 Arch Street | (302) 468-5645 |
| 26th Floor | denise.kraft@dlapiper.com |
| Boston, MA 02110-1447 | aleine.porterfield@dlapiper.com |
| (617) 406-6019 | |
| | *Attorneys for Defendant Gap Inc.* |
| | |
| | WOMBLE CARLYLE SANDRIDGE AND RICE, PLLC |
| | /s/ *James Michael Lennon* |
| OF COUNSEL: | James Michael Lennon (#4570) |
| | Ryan C. Cicoski (#5466) |
| John F. Morrow, Jr. | 222 Delaware Avenue |
| Matthew L. Jamison | Suite 1500 |
| WOMBLE CARLYLE SANDRIDGE | Wilmington, DE 19801 |
| AND RICE, LLP | (302) 252-4320 |
| One West Fourth Street | jlennon@wcsr.com |
| Winston-Salem, NC 27101 | rcicoski@wcsr.com |
| (336) 721-3584 | |
| | *Attorneys for Defendant Hanesbrands Inc.* |
| | MORRIS JAMES LLP |
| OF COUNSEL: | /s/ *Kenneth L. Dorsney* |
| | Kenneth L. Dorsney (#3726) |
| Matthew Alan Pearson | 500 Delaware Avenue |
| AKIN GUMP STRAUSS HAUER | Suite 1500 |
| & FELD LLP | Wilmington, DE 19801-1494 |
| Two Commerce Square | (302) 888-6855 |
| 2001 Market Street, Suite 4100 | kdorsney@morrisjames.com |
| Philadelphia, PA 19103 | |
| (215) 965-1258 | *Attorneys for J.C. Penney Corporation Inc.* |

| | |
|---|---|
| | MORRIS JAMES LLP |
| OF COUNSEL: | /s/ *Kenneth L. Dorsney* |
| Eric J. Klein<br>Todd E. Landis<br>Kellie M. Johnson<br>AKIN GUMP STRAUSS HAUER<br>  & FELD LLP<br>1700 Pacific Avenue<br>Suite 4100<br>Dallas, TX 75201<br>(214) 969-2800 | Kenneth L. Dorsney (#3726)<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801-1494<br>(302) 888-6855<br>kdorsney@morrisjames.com<br><br>*Attorneys for PepsiCo, Inc.* |
| John Wittenzellner<br>AKIN GUMP STRAUSS HAUER<br>  & FELD LLP<br>Two Commerce Square<br>Suite 4100<br>2001 Market Street<br>Philadelphia, PA 19103<br>(215) 965-1241<br>(215) 965-1241 | |
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | /s/ *Mary B. Graham* |
| OF COUNSEL:<br><br>Bruce S. Sostek<br>Michael E. Schonberg<br>Sarah M. Paxson<br>THOMPSON & KNIGHT LLP<br>1722 Routh St., Suite 1500<br>Dallas, TX 75201<br>(214) 969-1700 | Mary B. Graham (#2256)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>mgraham@mnat.com<br><br>*Attorneys for Defendant VF Corporation* |

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
|  | /s/ *Richard L. Horwitz* |
| OF COUNSEL:<br><br>I. Neel Chatterjee<br>Gabriel M. Ramsey<br>Orrick, Herrington &<br>SUTCLIFFE LLP<br>1000 Marsh Road,<br>Menlo Park, CA 94025-1015<br>(650) 614-7400 | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant Amazon.com, Inc.* |
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | /s/ *Jack B. Blumenfeld* |
| OF COUNSEL:<br><br>Eric J. Lobenfeld<br>Ira J. Schaefer<br>Theodore J. Mlynar<br>Aleksandra King<br>Robert R. L. Kohse<br>Nicholas A. Tymoczko<br>HOGAN LOVELLS US LLP<br>875 Third Avenue<br>New York, NY 10022<br>(212) 918-3000 | Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br><br>*Attorneys for Plaintiff Motorola Solutions, Inc.* |

IT IS SO ORDERED this 23rd day of April, 2012.

_____
United States District Judge