IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROUND ROCK RESEARCH LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 11-1237-RGA |
| | : | |
| MACY'S RETAIL HOLDINGS INC., | : | |
| | : | |
| Defendant. | : | |
| ROUND ROCK RESEARCH LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 11-1238-RGA |
| | : | |
| AMERICAN APPAREL INC., | : | |
| | : | |
| Defendant. | : | |
| ROUND ROCK RESEARCH LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 11-1239-RGA |
| | : | |
| DOLE FOOD COMPANY INC., | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| ROUND ROCK RESEARCH LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 11-1240-RGA |
| FRUIT OF THE LOOM INC., | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| ROUND ROCK RESEARCH LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 11-1241-RGA |
| THE GAP INC., | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| ROUND ROCK RESEARCH LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 11-1242-RGA |
| HANESBRANDS INC., | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| ROUND ROCK RESEARCH LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 11-1243-RGA |
| J.C. PENNEY CORPORATION INC., | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| ROUND ROCK RESEARCH LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 11-1244-RGA |
| | : | |
| PEPSICO INC., | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| ROUND ROCK RESEARCH LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 11-1245-RGA |
| | : | |
| V. F. CORPORATION, | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| ROUND ROCK RESEARCH LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 11-1279-RGA |
| | : | |
| AMAZON.COM INC., | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| MOTOROLA SOLUTIONS INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-309-RGA |
| | : | |
| ROUND ROCK RESEARCH LLC | : | |
| | : | |
| Defendant. | : | |

**ORDER**

WHEREAS, the above-captioned cases were stayed on April 6, 2012, and April 23, 2012, due to pending reexaminations of the Initial Patents and the Additional Patents;

NOW THEREFORE, IT IS HEREBY ORDERED that, the parties shall submit a status report to the Court no later than October 5, 2012, and every six months thereafter, and

IT IS FURTHER ORDERED that, the above-captioned cases are ADMINISTRATIVELY CLOSED. The parties shall promptly notify the Court when the reexaminations are complete and the stays should be lifted so that the cases may be reopened and other appropriate action may be taken.

4-23-12
Date

Richard G. Andrews
United States District Judge