IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MACY'S RETAIL HOLDINGS, INC., <br><br> Defendant. | Civil Action No. 11-cv-1237-RGA |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Round Rock Research, LLC and Defendant Macy's Retail Holdings, Inc., hereby stipulate pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, to the dismissal of all claims and counterclaims brought in the above-captioned action without prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: October 24, 2014

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
bfarnan@farnanlaw.com

*Attorneys for Plaintiff Round Rock Research, LLC*

MORRIS JAMES LLP

/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6855
kdorsney@morrisjames.com

*Attorneys for Defendant Macy's Retail Holdings, Inc.*

SO ORDERED this 27th day of Oct., 2014

/s/ Richard G. Andrews
United States District Judge